IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CAROL A. NEWSOME, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-861-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

Max Rae
P. O. Box 7790
Salem, Oregon  97303

       Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Kathryn A. Miller
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

　　　　Attorneys for Defendant


KING, Judge:

　　　　Based on the record,

　　　　The decision of the Commissioner is hereby REVERSED, and this case is REMANDED

to the Commissioner for rehearing.

　　　　Dated this _____13th_____ day of August, 2008.


　　　　　　　　　　　　　　　　　　　  _/s/ Garr M. King_____
　　　　　　　　　　　　　　　　　　　Garr M. King
　　　　　　　　　　　　　　　　　　　United States District Judge


Page 2 - JUDGMENT