FILED'08 SEP 30 15:03USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**CAROL A. NEWSOME,**
                Plaintiff,

CV. 07-861-KI

v.

ORDER AWARDING EAJA ATTORNEY FEES

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,
                Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7000.00 and no expenses or costs shall be awarded to Plaintiff, payable to Plaintiff's attorney, Max Rae, at P.O. Box 7790, Salem, OR 97303-0175, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 30th day of Sept, 2008.

                _____
                United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Carol A. Newsome

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES
            NEWSOME v. ASTRUE, CV. 07-861-KI